No. 86–1992. IMMIGRATION AND NATURALIZATION SERVICE *v.* PANGILINAN ET AL.; and

No. 86–2019. IMMIGRATION AND NATURALIZATION SERVICE *v.* MANZANO, 486 U. S. 875. Petition of respondent Litonjua for rehearing denied. JUSTICE KENNEDY took no part in the consideration or decision of this petition.

No. 87–1388. ATONIO ET AL. *v.* WARDS COVE PACKING CO., INC., ET AL., 485 U. S. 989. Motion for leave to file petition for rehearing denied.

SEPTEMBER 19, 1988

No. 87–1916. ZANT, WARDEN *v.* GODFREY. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 53.

No. 88–5328 (A–142). ALLEN *v.* CALIFORNIA. Sup. Ct. Cal. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

JUSTICE BRENNAN, with whom JUSTICE MARSHALL joins, dissenting.

I dissent and would grant the stay and the petition for certiorari.

This Court's denials today of certiorari and of the stay of execution, of course, have no effect on the current proceedings in the United States District Court for the Eastern District of California. While Allen's applications were pending here, he sought and obtained from the District Court a stay of execution pending disposition of his petition for habeas corpus, and that stay continues undisturbed.